UNITED STATES of America,
Plaintiff–Appellee,

v.

Joseph R. REDMON, Defendant–
Appellant.

No. 96–3361.

United States Court of Appeals,
Seventh Circuit.

Sept. 18, 1997.

Before POSNER, Chief Judge, and
CUMMINGS, BAUER, WOOD, Jr.,
COFFEY, FLAUM, EASTERBROOK,
RIPPLE, MANION, KANNE, ROVNER,
DIANE P. WOOD and EVANS, Circuit
Judges.

## ORDER

On consideration of the petition for rehearing and suggestion for rehearing *en banc* filed in the above-entitled cause by defendant-appellant on July 11, 1997, a vote of the active members of the Court was requested, and a majority of the active members of the Court have voted to grant rehearing *en banc*. Accordingly,

IT IS HEREBY ORDERED that the panel opinion issued on June 27, 1997 is vacated.

IT IS ORDERED that the petition for rehearing *en banc* be GRANTED and the above-entitled cause will be reheard *en banc* at the convenience of the court.